UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRAN VUPPALA,<br><br>                          Plaintiff,<br><br>v.<br><br>CHAMPION PARKING 45 LLC, et al.,<br><br>                          Defendants. | 24-CV-2249 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

IT IS HEREBY ORDERED that, within **thirty (30) days** of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

IT IS FURTHER ORDERED that within **fifteen (15) additional days** (*i.e.*, within **forty-five (45) days** of service of the summons and complaint), the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial pretrial conference.

Any extension requests shall adhere to this Court's Individual Rules, located at https://www.nysd.uscourts.gov/hon-dale-e-ho.

Dated: May 6, 2024
          New York, New York

SO ORDERED.

_____
DALE E. HO
United States District Judge